## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GOLDEN HOUR DATA SYSTEMS, INC., a California corporation, | NO.  2:14-cv-00288-JRG-RSP |
| Plaintiff, v. | Judge Rodney Gilstrap |
| EMSCHARTS, INC., a Pennsylvania corporation, | |
| Defendant. | |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Come now Golden Hour Data Systems, Inc., and emsCharts, Inc., which present this Joint Motion to Stay All Deadlines and Notice of Settlement.  The parties hereby notify the Court that a term sheet has been agreed to, and all matters in controversy between them have been settled in principle.  The parties request that all deadlines be stayed for 45 days.  As grounds for this request, the parties show as follows:

The parties have signed a memorandum setting out the basic terms of the settlement.   However, emsCharts is in bankruptcy. (*In re emsCharts, Inc*., 12-25806-CMB, United States Bankruptcy Court for the Western District of Pennsylvania).  Accordingly, the settlement will need to be presented to the bankruptcy court as a Chapter 11 reorganization plan, and will be subject to review and approval by the bankruptcy court.

DATE: September 5, 2014                    BY: /s/ D. Jeffrey Rambin
                                                              S. Calvin Capshaw
                                                              Lead Attorney

- 1 -

State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Telecopier: (903) 236-8787

Guillermo Cabrera
gil@cabrerafirm.com
The Cabrera Firm
600 W. Broadway, Suite 700
San Diego, CA 92101
Telephone: 619-500-4880
Telecopier: 619-785-3380

Manuel F. de la Cerra
The Law Office of Manuel de la Cerra
manny@delacerralaw.com
6885 Catamaran Drive
Carlsbad, CA 92592
Telephone: 760-809-5520
Telecopier: 760-269-3542

**ATTORNEYS FOR PLAINTIFF
GOLDEN HOUR DATA SYSTEMS,
INC.**

/s/ M. Jill Bindler
Sam Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
P.O. Box O
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Theodore Stevenson, III Texas
State Bar No. 19196650
tstevenson@mckoolsmith.com
M. Jill Bindler
Texas State Bar No. 02319600
jbindler@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Of Counsel:

Eric H. Weisblatt (Pro Hac Vice)
eweisblatt@wileyrein.com
Rachel Kapust Hunnicutt (Pro Hac
Vice)
rhunnicut@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7416
Fax: (202) 719-7049

**ATTORNEYS FOR DEFENDANT
EMSCHARTS, INC.**

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned certifies that counsel for Plaintiff conferred with counsel for
Defendant and this motion is joint.

/s/ D. Jeffrey Rambin

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this September 5, 2014, the foregoing document
was filed electronically in compliance with Local Rule CV-5(a). As such, the document
was served on all counsel who have consented to electronic service. Local Rule CV-
5(a)(3)(A).

/s/ D. Jeffrey Rambin

- 3 -